UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


John J. Gosselin

      v.                                                        Civil No. 12-cv-514-SM

Christopher Kench, Director, Professional
Standards, NH Department of Corrections, et al.


## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at New Hampshire State Prison ("Institution"), has filed a motion

to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate

signed by an authorized individual from the Institution.  The certificate evidences that over the last

six months, the plaintiff's average deposits have been $17.71 and the plaintiff's average monthly

balance has been $85.86.  Plaintiff has also submitted a signed consent form indicating consent to

permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED.  While 28 U.S.C. § 1915(b)(1)

requires the court assess an initial filing fee, given the plaintiff's current balance of $.02 there shall

be no initial filing fee assessed.  Going forward, however, the plaintiff shall be responsible for

monthly payments of 20% of each preceding month's income credited to his account, which shall

be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of

$350.00 has been paid.  28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above shall be forwarded to the Clerk of Court by the

Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 2), shall be forwarded by the Court to the Institutions inmate

account department.

        SO ORDERED.

                                          _____
                                          Landya B. McCafferty
                                          United States Magistrate Judge

Dated:  January 2, 2013

cc:  John J. Gosselin, pro se
      Inmate Accounts, NHSP