UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John J. Gosselin

    v.                                    Case No. 12-cv-514-SM

Christopher Kench, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 7, 2013.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's claims and all defendants named in the complaint (document nos. 1, 5, and 7) are hereby dismissed.  Plaintiff's federal claims are also dismissed with prejudice for failure to state a claim; his state law claims are dismissed without prejudice to allow him to raise those claims in the state courts.  The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: June 26, 2013

cc:  John J. Gosselin, pro se