UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John J. Gosselin

     v.                            Case No. 12-cv-514-SM

Christopher Kench, et al.

O R D E R

The plaintiff has filed a motion for clarification of the Order entered on June 26, 2013, approving the Report and Recommendation filed on June 7, 2013.  In his motion, plaintiff indicates that he filed an objection to the Report and Recommendation on June 20, 2013.

The Clerk's Office has no record of receiving plaintiff's objection.  Plaintiff shall file a motion for leave to file his objection with supporting documentation and/or affidavit supporting his claim on or before August 13, 2013.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 29, 2013

cc: John Gosselin, pro se